# United States Court of Appeals

## For the First Circuit

No. 08-1534

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

CITY OF PROVIDENCE, RHODE ISLAND, by and through its Treasurer,
STEPHEN NAPOLITANO; DAVID CICILLINE, in his official capacity as
Mayor and Acting Public Safety Commissioner for the City of
Providence; COLONEL DEAN ESSERMAN, in his official capacity as
the Chief of Police for the City of Providence,

Defendants, Appellants, Cross-Appellees.

No. 08-1535

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

MARY LENNON, individually and in her former official capacity as
the Chief of Operations of the Communications Department,

Defendant, Appellant, Cross-Appellee.

No. 08-1536

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

MANUEL VIEIRA, individually and in his former official capacity
as the Communications Director,

Defendant, Appellant, Cross-Appellee.

No. 08-2417

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

CITY OF PROVIDENCE, et al.,

Defendants, Appellants, Cross-Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on February 23, 2010, is amended as follows:

On page 29, at the beginning of line 1, the following language should be inserted:

In addition to there being no clear notice from the Supreme Court opinions, we have found no cases in this circuit or elsewhere sufficiently similar to have alerted the defendants to the illegality of their conduct. See Anderson, 483 U.S. at 640 (noting that "in the light of pre-existing law the unlawfulness must be apparent").

On page 29, at line 1, "No First Circuit case had clearly established" should be substituted for "Nor had any First Circuit case held".